# Sloss-Sheffield Steel and Iron Co. *v.* Strange.

*Damages for Injury to Employe.*

(Decided Jan. 30, 1906, 40 So. Rep. 114.)

APPEAL from Franklin Circuit Court.
Heard before Hon. JAMES J. RAY.

SIMPSON & JONES, for appellant.

KIRK, CARMICHAEL & RATHER and B. H. SARGENT, for appellee.

Affirmed.

Opinion by DOWDELL, J.

HARALSON, TYSON and ANDERSON, JJ., concur.

---

# Louisville & Nashville R. R. Co. *v.* Smitha.

*Action for Damages to Stock.*

(Decided Jan. 9, 1906, 40 So. Rep. 117.)

APPEAL from Montgomery City Court.
Heard before Hon. A. D. SAYRE.

CHARLES P. and J. B. JONES, for appellant.

HILL, HILL & WHITING, for appellee.

Affirmed.

Opinion by HARALSON, J.

DOWDELL, ANDERSON and DENSON, JJ., concur.

---

# Drum & Ezekiel, *et al. v.* Bryan *et al.*

*Bill to Foreclose Mortgage.*

(Decided Jan. 30, 1906, 40 So. Rep. 131.)

APPEAL from Crenshaw Chancery Court.
Heard before Hon. W. L. PARKS.

BRICKEN & BRICKEN and C. P. HAMILTON, for appellant.

A. A. WILEY and D. M. POWELL, for appellee.

Reversed and remanded.

Opinion by HARALSON, J.

TYSON, DOWDELL, SIMPSON, ANDERSON and DENSON, JJ., concur.